BIOVAIL LABORATORIES, INC.,
Plaintiff–Appellant,

v.

ANCHEN PHARMACEUTICALS,
INC., Defendant–Appellee.

No. 2006–1641.

United States Court of Appeals,
Federal Circuit.

June 11, 2008.

Before NEWMAN and DYK, Circuit Judges, and YEAKEL, District Judge.*

ON MOTION

*ORDER*

Biovail Laboratories, Inc. moves without opposition to withdraw its notice of appeal pursuant to Fed. R.App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.